UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| SHAWN MILNER,<br>    Plaintiff, | :<br>:<br>: |  |
| v. | :<br>: | CASE NO. 3:16-cv-1621 (SRU) |
| WILLIAM MULLIGAN, et al.,<br>    Defendants. | :<br>:<br>: |  |

### ORDER

Plaintiff Shawn Milner includes Dr. Sara Blumberg as a defendant in this case. When the Court contacted the Department of Correction Office of Legal Affairs to ascertain current service addresses for the defendants, the Court was told that there is no person named Dr. Sara Blumberg, but a Dr. Vicki Blumberg is employed as a principal physician at Bridgeport Correctional Center.

If Milner intended to name Dr. Vicki Blumberg as a defendant, he shall file an amended complaint replacing all references to Dr. Sara Blumberg with Dr. Vicki Blumberg.  If that is not his intended defendant then after the other defendants have appeared, Milner shall utilize the discovery process to obtain the correct name of his intended defendant.  Once he ascertains the name, Milner shall file an amended complaint as indicated above.  After the amended complaint is filed, the Court will order service on the new defendant.

**SO ORDERED** this 12th day of December 2016 at Bridgeport, Connecticut.

 /s/STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge